THOMPSON & THOMPSON v. CHILD Garnishee of CHURCH.

VANDEVENTER v. Same.

POPE & WEST v. Same.

The Supreme Court will not disturb the verdict of a jury, or that of the circuit court sitting as a jury, where the evidence in the case has not been preserved in a bill of exceptions and no motion has been made in the court below for a new trial.

Opinion of the Court delivered by Napton Judge.

Defendant in error sued Calvin O. Church, in assumpsit and recovered judgment, Chiles was summoned as garnishee, interrogatories were filed as to his indebtedness to plaintiff

NOV. TERM 1839.

Thompson & Thompson, vs, Child Garnishee of O. Church.

The Supreme Court will not disturb the verdict of a jury, or that of the circuit court sitting as a jury, where the evidence in the case has not been preserved in a bill of exceptions, and no motion has been made in the court below for a new trial.

below, an issue was made up, on the fact of indebtedness. Both parties by consent, submitted the whole matter to the court, sitting as a jury, and the court found a verdict, and afterwards gave a judgment against the garnishee, from which he appeals to this court, no motion for a new trial was made. Under the view which we take of the case it became necessary to rehearse the evidence upon which the court acting as a jury, found their verdict, the court has held, that in order to raise the point of law for the consideration of the court as to the sufficiency of the evidence to sustain the verdict, there must have been a motion for a new trial Polk vs the State 4 Mo. Rep. 544, Oldham vs Henderson, ib. 301. Judgment affirmed with costs.